# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Kenneth Lee,                          :
               Petitioner        :
                        :
         v.                  :       No. 33 C.D. 2020
                        :
Pennsylvania Board                    :
of Probation and Parole,              :
            Respondent        :

**PER CURIAM**                **O R D E R**

NOW, May 20, 2021, upon consideration of Petitioner's application for reargument/reconsideration, the application is denied.